MARTHA TEHAN, Appellant, *v.* HERMAN FREED et al., Individually, and as Copartners Doing Business under the Name " FREED'S HATS," Respondents.

Argued January 22, 1942; decided March 5, 1942.

*Morris A. Wainger* and *William A. Hyman* for appellant.
*Joseph F. Hanley* and *John W. Trapp* for respondents.

Judgment reversed and a new trial granted, with costs to abide the event, on the ground that the questions of negligence and contributory negligence were for the jury. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.